**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

———————

**No. 00-1168**

———————

RICHARD PEAMON,

                                        Plaintiff - Appellant,

        versus

KATHLEEN TREMPLER; DIVISION OF CHILD SUPPORT
CIRCUIT COURT FOR BALTIMORE COUNTY,

                                        Defendants - Appellees,

        and

STATE OF MARYLAND,

                                        Defendant.

———————

Appeal from the United States District Court for the District of
Maryland, at Baltimore.   William M. Nickerson, District Judge.
(CA-99-2998-WMN)

———————

Submitted:  April 27, 2000          Decided:  May 2, 2000

———————

Before NIEMEYER and MOTZ, Circuit Judges, and BUTZNER, Senior Cir-
cuit Judge.

———————

Affirmed by unpublished per curiam opinion.

———————

Richard Peamon, Appellant Pro Se.  Shelly Eilene Mintz, OFFICE OF THE ATTORNEY GENERAL OF MARYLAND, Baltimore, Maryland, for Appellees.

Unpublished opinions are not binding precedent in this circuit. See Local Rule 36(c).

PER CURIAM:

Richard Peamon appeals the district court's order denying his complaint filed under 42 U.S.C.A. §§ 1983, 1988(b) (West Supp. 1999).  We have reviewed the record and the district court's opinion and find no reversible error.  Accordingly, we affirm on the reasoning of the district court.  See Peamon v. Maryland, No. CA-99-2998-WMN (D. Md. Jan. 13, 2000).  We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED